COURT OF APPEALS









COURT
OF APPEALS

EIGHTH
DISTRICT OF TEXAS

EL
PASO, TEXAS

 

 

                                                                              )

                                                                              )

                                                                              )              No.  08-04-00064-CR

                                                                              )

IN RE:  ANTONIO CAMPOS                             )     AN
ORIGINAL PROCEEDING

                                                                              )

                                                                              )                
IN MANDAMUS

                                                                              )

                                                                              )

 

 

MEMORANDUM  OPINION
ON WRIT OF MANDAMUS

 

Relator Antonio Campos has filed a motion to compel the
trial court to take appropriate action regarding his request for a nunc pro tunc order.  We construe the motion to compel as a
petition for writ of mandamus.  Relator=s
motion is not sworn and he has not provided this Court with any documents to
support his claims.  See Tex.R.App.P. 52.3, 52.3(j).  Accordingly, Relator=s request for relief is denied.

 

April
29, 2004

DAVID WELLINGTON
CHEW, Justice

 

Before Panel No. 2

Barajas, C.J., McClure, and Chew, JJ.

 

(Do Not Publish)